BWW#: 122369

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  
MADRICE D. HAMN,1ST  
    Debtor  

Case No. 10-38522- KRH  

Chapter 13

_____  
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE7  
    Movant  

v.  
MADRICE D. HAMN,1ST  
    Debtor/Respondent  

and  
IRIS HAMN  
    Co-Debtor/Co-Respondent  

and  
SUZANNE E. WADE  
    Trustee/Respondent  

_____

## ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY

    Upon consideration of the motion U.S. Bank National Association, as Trustee, successor in interest to Bank Of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE7 to modify the automatic stay; it is

    ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 424 Pocahontas Drive, Ruther Glen, VA 22546 and is more particularly described as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND AND APPURTENANCES THERETO, BELONGING, LYING AND BEING AND SITUATE IN MADISON

_____  
Karl Anthony Moses, Jr., VSB# 89433  
8100 Three Chopt Road, Suite 240  
Richmond, VA  23229  
(804) 282-0463  
*Counsel for the Movant*

MAGISTERIAL DISTRICT, CAROLINE COUNTY, VIRGINIA, AND DESIGNATED AS LOT 1516, AS SHOWN ON PLAT OF LAKE CAROLINE, WHICH PLAT IS DULY RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF CAROLINE COUNTY, VIRGINIA, IN DEED BOOK 174, PAGE 442, TO WHICH REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION.,

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

IT IS FURTHER ORDERED that relief is granted as to Iris Hamn, the co-debtor(s), from the automatic stay imposed by Section 1301(a) to the same extent and on the same terms and conditions as granted as to the debtor.

DONE at Richmond, Virginia, this _____ day of _____, 2016.

May 23 2016

/s/ Kevin R Huennekens
Honorable Kevin R. Huennekens
United States Bankruptcy Judge
Entered on Docket: May 24 2016

**I ASK FOR THIS:**

_/s/ Karl Anthony Moses, Jr.__
Karl Anthony Moses, Jr., VSB# 89433
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
*Counsel for the Movant*

**SEEN:**

_/s/ Suzanne E. Wade___
Suzanne E. Wade, Trustee
Post Office Box 1780
Richmond, VA 23218-1780
*Chapter 13 Trustee*

Copy to:

BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229

Pia J. North, Attorney at Law
5913 Harbour Park Drive
Midlothian, VA  23112

Suzanne E. Wade, Trustee
Post Office Box 1780
Richmond, VA 23218-1780

Copy mailed to:

Madrice Hamn, 1st
424  Pocahontas Drive
Ruther Glen, VA  22546

Madrice D. Hamn, 1st
5513 Spring Bluff Ct
Fredericksburg, VA  22407

Iris Hamn
424  Pocahontas Drive
Ruther Glen, VA  22546

## **CERTIFICATION**

The undersigned certifies that:

1. The foregoing Order Granting Relief from Stay is identical to the form order required by Standing Order No. 10-2 and that no modifications, additions, or deletions have been made; and

2. The foregoing Order Granting Relief from Stay has been endorsed by or on behalf of all necessary parties and counsel herein, in accordance with Local Rule 9022-1.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Karl Anthony Moses, Jr._
　　　　　　　　　　　　　　　　　　　　　　　Karl Anthony Moses, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant

AR.TERM